UNITED STATES of America,
Plaintiff–Appellee,

v.

Luis OSPINA, Defendant–Appellant.

No. 04–15927.
Non–Argument Calendar
D.C. Docket No. 04–20366–CR–JAL.

United States Court of Appeals,
Eleventh Circuit.

May 9, 2005.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

David Jonathon Joffe, Joffe & Joffe, P.A., Ft. Lauderdale, FL, for Defendant–Appellant.

Before CARNES, MARCUS and GODBOLD, Circuit Judges.

PER CURIAM.

David J. Joffe, retained counsel for Luis Ospina in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S.

---

designation.

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ospina's conviction and sentence are **AFFIRMED**.